UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GRACEMARIE TOMASELLI, et al., | ) |
| Plaintiffs, | ) |
| v. | ) C.A. No. 08-10666-PBS |
| | ) (U.S.C.A. No. 10-1598) |
| DONALD W. BEAULIEU, et al., | ) |
| Defendants. | ) |

## SEPARATE AND FINAL JUDGMENT

In accordance with the 4/1/10 Electronic Order adopting the Magistrate Judge's Report and Recommendation to grant the Town Counsel Defendants' Motion (#90) to Dismiss, and in accordance with the 6/3/10 Electronic Order allowing the Town Counsel Defendants' Motion (#107) for Separate and Final Judgment, it is hereby Ordered, Adjudged, and Decreed pursuant to Fed. R. Civ. P. 54(b):

**Separate and Final Judgment for defendants Kopelman & Paige, P.C., Thomas W. McEnaney and Deborah A. Eliason, individually and in their official capacities, against the plaintiffs Gracemarie Tomaselli and Joyce Tomaselli.**

8/6/2010
DATE

Paul B Saris
PATTI B. SARIS
UNITED STATES DISTRICT JUDGE